906 A.2d 437

IN THE MATTER OF JILL R. EPSTEIN, AN ATTORNEY AT LAW.

September 20, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–106, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **JILL R. EPSTEIN** of **NEW YORK, NEW YORK**, who was admitted to the bar of this State in 2000, should be censured for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.15(b) (failure to promptly deliver funds to client), *RPC* 1.15(d) (failure to comply with R. 1:21–6; record-keeping deficiencies), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **JILL R. EPSTEIN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.